# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| W6T | E1298606 | L. Tedder | 321 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☒ CFR  ☐ USC  ☐ State Code |
|---|---|
| 4:34 pm  05/06/2025 | 36 CFR 4.21(c) |

Place of Offense: Teton Point

Offense Description: Factual Basis for Charge

Operate a vehicle in excess of the posted speed limit, to wit 92 in a 55 speed zone.

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Ferrari
First Name: Sarah

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| T53 4T5 | UT | | Chevrolet Tahoe | Blk |

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 270  Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ 300  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1298606*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

Please see attached probable cause statement.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/06/2025     [Signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/06/2025 15:0

Location Code **WGT**
Citation Number – **E1298606**
NPS Case Number – **NP25112960**
Ranger Name – **C. Tedder**

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(for issuance of an arrest warrant or summons)

On May 6th, 2025, at approximately 4:34 PM, while traveling northbound Highway 89 north of Teton Point, I observed a black Chevrolet Tahoe traveling southbound at a speed I visually estimated to be more than the posted 55 MPH limit. I was in a marked NPS law enforcement vehicle, operating a department-issued Kustom Signals RP-1 radar unit (serial #RP47854). The radar unit had been calibration tested at the start of my shift and found to be in proper working order.

As the vehicle approached my location, I obtained a Doppler radar reading of 82 miles per hour in a posted 55 miles per hour zone. The radar unit was set to moving mode with the front antenna activated. The radar unit gave a steady and clear tone consistent with the reading obtained.

I initiated a traffic stop on the same vehicle (UT# T53 8TS) at Teton Point Pullout. I identified the driver as Sarah FERRARI using her Florida driver's license. I informed FERRARI of the reason for the stop and asked if there was any reason for traveling at 82 MPH. FERRARI said, "Is it calibrated? I don't think I was going that fast." I responded, "It is calibrated."

Based on the radar confirmation, visual estimation, and absence of legal justification for the speed, I had probable cause to believe FERRARI was operating her vehicle at a speed of 82 MPH in a 55 MPH zone, in violation of 36 CFR 4.21(c).

I issued FERRARI a violation notice for violation of 36 CFR 4.21(c)- Operating a motor vehicle in excess of the posted speed limit, to wit, 82 MPH in a 55 MPH speed zone.

The foregoing statement is based upon:
☒ My personal observation   ☒ My personal investigation
☐ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/06/2025          _____
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____          _____
             Date (mm/dd/yyyy)            U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
## VIOLATION NOTICE